CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUL 13 2011
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JAMIE LYNN KIBLER, | ) |
| Plaintiff, | ) Civil Action No. 5:10CV00059 |
| v. | ) **FINAL ORDER** |
| MICHAEL J. ASTRUE, | ) By: Samuel G. Wilson |
| Commissioner of Social Security, | ) United States District Judge |
| Defendant. | ) |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable James G. Welsh, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered, affirming the final decision of the Commissioner, and granting summary judgment to the defendant. Objections to the report and recommendation have not been filed, and the court, upon review of pertinent portions of the record, is of the opinion that the report should be adopted. It is accordingly, **ORDERED** and **ADJUDGED** that the final decision of the Commissioner is **AFFIRMED**, summary judgment is **GRANTED** to the defendant,, and this case is **ORDERED** stricken from the docket of the court.

ENTER: This July 12, 2011.

_____
UNITED STATES DISTRICT JUDGE